**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DIMETRI SMITH,

        Petitioner,        Case Number: 2:11-CV-12329

v.        HON. GEORGE CARAM STEEH

KEN MCKEE

        Respondent.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order entered this date, this cause of action is DISMISSED WITHOUT PREJUDICE.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/Josephine Chaffee
           DEPUTY COURT CLERK

Dated: March 22, 2012